# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-3718
_____

SAM STROTHER,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

May 21, 2024

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sam Strother, pro se, Appellant.

Ashley Moody, Attorney General, Brian R. Flynn-Fallon, Assistant Attorney General, Tallahassee, for Appellee.